UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No: 1:20-CR-11-CLC-SKL |
| | ) |
| MELINDA GOINS | ) |

## **O R D E R**

United States Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw her not guilty plea to Count One and Count Ten of the twenty-one-count Superseding Indictment; (2) accept Defendant's plea of guilty to Count One and Count Ten of the twenty-one-count Superseding Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count One and Count Ten of the twenty-one-count Superseding Indictment; (4) defer a decision on whether to accept the Plea Agreement until sentencing; and (5) order Defendant remain in custody until sentencing in this matter. (Doc. 248.)

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 248) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw her not guilty plea to Count One and Count Ten of the twenty-one-count Superseding Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Count One and Count Ten of the twenty-one-count Superseding Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One and

Count Ten of the twenty-one-count Superseding Indictment;

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **March 17, 2021 at 2:00 p.m.** before the undersigned.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**